IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-651-FL

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLINA, *ex rel* LISA SHERLOCK, <br><br> Plaintiffs, <br><br> v. <br><br> EXTENDED REACH DAY TREATMENT FOR CHILDREN AND ADOLESCENTS LLC, d/b/a EXTENDED REACH DAY TREATMENT LLC, d/b/a EXTENDED REACH DAY TREATMENT CENTER, LLC, d/b/a EXTENDED REACH FOR CHILDREN AND ADOLESCENTS, LLC, d/b/a EXTENDED REACH, and ANDREA BOATMAN-HALL, a/k/a ANDREA MONIQUE BOATMAN, a/k/a ANDREA BOATMAN, a/k/a ANDREA BOATMAN-PURNELL, a/k/a ANDREA HALL, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the Governments' "Status Report and Unopposed Fourth Motion to Stay Case for Sixty Days". For the reasons set forth in support thereof, the Motion will be granted. This action shall be stayed in its entirety for sixty days from the date of this Order, and until further Order from the Court. On or before the expiration of said sixty day period, the Governments shall file a status report with the Court advising the

1

Court of the status of this matter and the whether the Governments contend there is a need to continue the stay in this matter for any additional period of time.

**SO ORDERED,** this the 15th day of December, 2018.

LOUISE W. FLANAGAN
United States District Judge