IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-651-FL

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLINA, *ex rel* LISA SHERLOCK, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| EXTENDED REACH DAY TREATMENT FOR CHILDREN AND ADOLESCENTS LLC, d/b/a EXTENDED REACH DAY TREATMENT LLC, d/b/a EXTENDED REACH DAY TREATMENT CENTER, LLC, d/b/a EXTENDED REACH FOR CHILDREN AND ADOLESCENTS, LLC, d/b/a EXTENDED REACH, and ANDREA BOATMAN-HALL, a/k/a ANDREA MONIQUE BOATMAN, a/k/a ANDREA BOATMAN, a/k/a ANDREA BOATMAN-PURNELL, a/k/a ANDREA HALL, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     ORDER |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on the Governments' "Status Report and Unopposed Fifth Motion to Stay Case". For the reasons set forth in support thereof, the Motion will be granted. This action shall be stayed in its entirety pending resolution of the associated criminal matter before this Court, 4:19-CR-00008-FL, and until further Order from the Court.

**SO ORDERED,** this the 15th day of February, 2019.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE