IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-651-FL

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLINA, *ex rel* LISA SHERLOCK, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| EXTENDED REACH DAY TREATMENT FOR CHILDREN AND ADOLESCENTS LLC, d/b/a EXTENDED REACH DAY TREATMENT LLC, d/b/a EXTENDED REACH DAY TREATMENT CENTER, LLC, d/b/a EXTENDED REACH FOR CHILDREN AND ADOLESCENTS, LLC, d/b/a EXTENDED REACH, and ANDREA BOATMAN-HALL, a/k/a ANDREA MONIQUE BOATMAN, a/k/a ANDREA BOATMAN, a/k/a ANDREA BOATMAN-PURNELL, a/k/a ANDREA HALL, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

ORDER

**THIS MATTER** is before the Court on the Governments' "Motion to Seal Memorandum in Support of Status Report and Unopposed Fifth Motion to Stay Case". For the reasons set forth in support thereof, the Governments' Motion will be granted. The Governments' Memorandum in Support of Status Report and Unopposed Fifth Motion to Stay Case, shall be placed under seal in this action until further order from the Court.

**SO ORDERED,** this the 11th day of March, 2019.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE